Mr. Acosta                                                                          10-23-15

    Hello, Thank You for your time, I know you must be very busy, Thus brevity. On September 16, 2015 I sent a Motion to Expand the Issues on Record of P.D.R., within and in accordance with rule 10-2 of T.R.A.P. (I do believe) I sent some copies, page 1 of Notice to Introduce Extraneous matters and a Sworn Affidavit for Warrant-several pages, these were my only copies. I enclosed a cover letter informing the Clerk they were my only copies, could you please send me back the originals I sent you. I'm assuming my motion has been denied but I still need my only copies of the above mentioned items, evidence. Again, I know you are very busy, could you or one of your assistance please return me a copy of these items and if available a copy of my Motion to Expand the Issues on Record of P.D.R.

                                        Thank you + God Bless
                                        Michael Boydston

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

Michael Darren Boydston #1954691
Michael Unit
2664 FM 2054
Tennessee Colony, TX. 75886


C.O.A. No. 10-14-00310-CR
Tr- Ct. No. F48751
PD - 1246-15